# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN P. RIFFICE | § | Case No. 15-27307 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  10:00AM on April 13, 2018, in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    3/9/18              By: /s/ Peter N. Metrou
                                           Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-27307 |
| | ) | CHAPTER 7 |
| JOHN P. RIFFICE, | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 9th day of March, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                          */s/ Peter N. Metrou*
                                                         **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent Via First-Class Mail**

Athletic & Therapeutic Inst.
4947 Paysphere Circle
Chicago, IL 60674-4947

BMW Bank of North America
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Bank Of North America, Inc
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Ciulla & Donofrio
127 Washington Ave
Box 219
North Haven, CT 06473-1742

Fifth Third Bank
5/3 Bankruptcy Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-6253

Gbs/first Electronic B
280 10200 S #200
Sandy, UT 84070-4380

Independent Bank
Attn: Bankruptcy Department
230 West Main Street
Ionia, MI 48846-1655

INDEPENDENT BANK
c/o Weltman, Weinberg & Reis Co.,L.P.A.
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601-2704

John P. Riffice
110 Golfview Lane
Unit B
Frankfort, IL 60423-9543

Joseph R. Menning
McCullough Campbell & Lane
205 N. Michigan Ave, Suite 4100
Chicago, IL 60601-5993

Karen M. Riffice
110 Golfview Lane
Unit B
Frankfort, IL 60423-9543

Sheffield financial
PO Box 1847
Wilson, NC 27894-1847

Lois West
Popowcer Katten Ltd
35 E Wacker Dr, Suite 902
Chicago, Il 60601-2124

Mini Finanical Services
BMW Bank of North America
PO Box 78066
Phoenix, AZ 85062-8066

Murth Cullina LLP
City Place 1, 185 Asylum Street
Hartford, CT 06103-3408

Sheffield Financial
Bankruptcy Department
PO Box 580229
Charlotte, NC 28258-0229

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148-6408

Thomas W Lynch
Thomas W Lynch & Associates PC
9231 S Roberts Rd
Hickory Hills, IL 60457-3814

Quantum3 Group LLC as agent for
Genesis Consumer Funding LLC
PO Box 788
Kirkland, WA  98083-0788

R 4 Properties
Michael and Ann Riffice
185 Red Oak Drive
Fairfield, CT 06824-1898

R4 Properties, Michael Riffice, Ann Marie Ri
McCullough Campbell & Lane, LLP c/o
205 N. Michigan Avenue, Suite 4100
Chicago, IL 60601-5993

**Sent Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JOHN P. RIFFICE § Case No. 15-27307
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 44,776.32 |
| and approved disbursements of | $ 7,727.65 |
| leaving a balance on hand of[1] | $ 37,048.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 5,227.63 | $ 0.00 | $ 5,227.63 |
| Trustee Expenses: Peter N. Metrou | $ 41.63 | $ 0.00 | $ 41.63 |
| Attorney for Trustee Fees: FactorLaw | $ 6,300.00 | $ 6,300.00 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 994.50 | $ 0.00 | $ 994.50 |

Total to be paid for chapter 7 administrative expenses    $    6,263.76
Remaining Balance    $    30,784.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,332.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,685.63 | $ 0.00 | $ 375.13 |
| 3 | R4 PROPERTIES, MICHAEL RIFFICE, ANN MARIE RIFFICE | $ 114,313.00 | $ 0.00 | $ 25,439.61 |
| 4 | INDEPENDENT BANK | $ 22,333.51 | $ 0.00 | $ 4,970.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 30,784.91 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.