# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| JOHN P. RIFFICE § | Case No. 15-27307 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 928,296.66 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 30,784.91 | Claims Discharged Without Payment: 523,177.23 |
| Total Expenses of Administration: 13,991.41 | |

  3) Total gross receipts of $ 44,776.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 44,776.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 294,851.00 | $ 3,706.49 | $ 3,706.49 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,991.41 | 13,991.41 | 13,991.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,744.00 | 138,332.14 | 138,332.14 | 30,784.91 |
| **TOTAL DISBURSEMENTS** | $ 444,595.00 | $ 156,030.04 | $ 156,030.04 | $ 44,776.32 |

4)  This case was originally filed under chapter 7 on  08/10/2015 .  The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/22/2018            By:/s/Peter N. Metrou, Trustee
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer | 1241-000 | 44,776.32 |
| **TOTAL GROSS RECEIPTS** | | **$44,776.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5/3 Bankruptcy Department 1830 E Paris Ave Se Grand Rapids, MI 49546 | | 259,552.00 | NA | NA | 0.00 |
| | Mini Finanical Services BMW Bank of North America PO Box 78066 Phoenix, AZ 85062-8066 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SHEFFIELD FINANCIAL | 4110-000 | 5,299.00 | 3,706.49 | 3,706.49 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 294,851.00 | $ 3,706.49 | $ 3,706.49 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,227.63 | 5,227.63 | 5,227.63 |
| Peter N. Metrou | 2200-000 | NA | 41.63 | 41.63 | 41.63 |
| LTD. International Sureties | 2300-000 | NA | 25.16 | 25.16 | 25.16 |
| Associated Bank | 2600-000 | NA | 1,113.49 | 1,113.49 | 1,113.49 |
| Illinois Department of Revenue | 2820-000 | NA | 289.00 | 289.00 | 289.00 |
| FactorLaw | 3210-000 | NA | 6,300.00 | 6,300.00 | 6,300.00 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 994.50 | 994.50 | 994.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,991.41 | $ 13,991.41 | $ 13,991.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletic & Therapeutic Inst. 4947 Paysphere Circle Chicago, IL 60674-4947 | | 1,047.00 | NA | NA | 0.00 |
| | Ciulla & Donofrio 127 Washington Ave Box 219 North Haven, CT 06473 | | 0.00 | NA | NA | 0.00 |
| | Gbs/first Electronic B 280 10200 S #200 Sandy, UT 84070 | | 2,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph R. Menning McCullough Campbell & Lane 205 N. Michigan Ave, Suite 4100 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Murth Cullina LLP City Place 1, 185 Asylum Street Hartford, CT 06103-3469 | | 8,000.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 308.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 110.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 200.00 | NA | NA | 0.00 |
| | R 4 Properties Michael and Ann Riffice 185 Red Oak Drive Fairfield, CT 06824 | | 114,313.00 | NA | NA | 0.00 |
| 4 | INDEPENDENT BANK | 7100-000 | 23,666.00 | 22,333.51 | 22,333.51 | 4,970.17 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,685.63 | 1,685.63 | 375.13 |
| 3 | R4 PROPERTIES, MICHAEL RIFFICE, ANN MARIE RIFFICE | 7100-000 | NA | 114,313.00 | 114,313.00 | 25,439.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 149,744.00 | $ 138,332.14 | $ 138,332.14 | $ 30,784.91 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-27307 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOHN P. RIFFICE | | | | Date Filed (f) or Converted (c): | 08/10/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 06/27/2018 | | | | Claims Bar Date: | 10/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 Interest In Real Property Located At 844 Blue Sage St, U | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. 50% Interest In A Checking Account At Chase Held Jointly Wit | 0.00 | 0.00 | | 0.00 | FA |
| 4. 50% Interest In A Checking Account At Fifth Third Bank Held | 177.00 | 0.00 | | 0.00 | FA |
| 5. 50% Interest In Kitchen, Living Room, Family Room, And Bedro | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. 50% Interest In Misc. Artwork Held Jointly With Non-Filing S | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothes | 600.00 | 0.00 | | 0.00 | FA |
| 8. Mass Mutual 401(K) Through Pipefitters Union | 378,240.00 | 378,240.00 | | 0.00 | FA |
| 9. Ira At Ameriprise | 235,068.00 | 235,068.00 | | 0.00 | FA |
| 10. Frs (Florida Retirement System) | 9,093.70 | 0.00 | | 0.00 | FA |
| 11. Trs (Illinios Teachers Retirement System) | 32,967.96 | 0.00 | | 0.00 | FA |
| 12. Pipefitter's Retirement Plan | 0.00 | 0.00 | | 0.00 | FA |
| 13. Ira At Ameriprise. Funds Held In The Ira Are Proceeds Of Th | 50,025.00 | 50,025.00 | | 0.00 | FA |
| 14. 2015 Minicooper With 50 Miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 15. 2015 Vespa Primavera 50 Cc | 4,500.00 | 0.00 | | 0.00 | FA |
| 16. Preferential Transfer (u) | 20,000.00 | 44,776.32 | | 44,776.32 | FA |
| 17. CD at Ameriprise. Funds held in this account are soley the f (u) | 50,025.00 | 50,025.00 | | 0.00 | FA |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $948,296.66 | $758,134.32 | | $44,776.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Investigations into bank accounts, and various transfers 10/20/2015. Motion to employ counsel granted on 10/30/2015 see Dkt# 23. Collection of preferential transfer 9/10/2016. Investigation continues into possible fraudulent transfers 12-9-2016. Court Order Denying Debtor discharge 92/6/2016. 4-6-2017-Atty for the estate provided status on fraudulent transfers. 6/30/2017--counsel for estate continues viability of possible fraudulent transfer actions with creditor. 10/10/17 Filed Motion to Employ Accountant. 12/19/17 Mailed Tax Returns.

RE PROP #      16   --   Post Petition transfer to creditor, R4 Properties, Michael and Ann Marie Riffice by debtor
                          of funds that were part of the bankruptcy estate.

Initial Projected Date of Final Report (TFR): 09/30/2017         Current Projected Date of Final Report (TFR): 02/23/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-27307 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JOHN P. RIFFICE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5645 |
| | Checking |
| Taxpayer ID No: XX-XXX3984 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/27/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.08 | ($45.08) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.49 | ($111.57) |
| 09/10/16 | 16 | Law Office of William J. Factor, Ltd. 1363 Shermer Rd., Ste 224 Northbrook, IL 60062 | Post-Petition transfer of funds by debtor to Creditor Post Petition transfer to creditor, R4 Properties, Michael and Ann Marie Riffice by debtor of funds that were part of the bankruptcy estate. | 1241-000 | $44,776.32 | | $44,664.75 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.27 | $44,600.48 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.31 | $44,534.17 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.08 | $44,470.09 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.11 | $44,403.98 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.02 | $44,337.96 |
| 02/07/17 | 101 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $25.16 | $44,312.80 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.52 | $44,253.28 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.79 | $44,187.49 |

| | | | Page Subtotals: | | $44,776.32 | $588.83 | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-27307 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JOHN P. RIFFICE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5645 |
| | Checking |
| Taxpayer ID No: XX-XXX3984 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/27/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.58 | $44,123.91 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.59 | $44,058.32 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.39 | $43,994.93 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.42 | $43,929.51 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.31 | $43,864.20 |
| 09/19/17 | 102 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees<br>See dckt# 69 | 3210-000 | | $6,300.00 | $37,564.20 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.30 | $37,502.90 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.76 | $37,447.14 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.88 | $37,393.26 |
| 12/19/17 | 103 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Final Estate Tax Return (State) | 2820-000 | | $289.00 | $37,104.26 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.59 | $37,048.67 |
| 04/16/18 | 104 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Final distribution representing a payment of 100.00 % per court order. | | | $5,269.26 | $31,779.41 |

Page Subtotals: $0.00    $12,408.08

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-27307 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JOHN P. RIFFICE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5645 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3984 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/27/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. | ($5,227.63) 2100-000 | | | |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. | ($41.63) 2200-000 | | | |
| 04/16/18 | 105 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $994.50 | $30,784.91 |
| 04/16/18 | 106 | QUANTUM3 GROUP LLC AS AGENT FOR GENESIS CONSUMER FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 22.25 % per court order. | 7100-000 | | $375.13 | $30,409.78 |
| 04/16/18 | 107 | R4 PROPERTIES, MICHAEL RIFFICE, ANN MARIE RIFFICE MCCULLOUGH CAMPBELL & LANE, LLP C/O JOSEPH ME 205 N. MICHIGAN AVENUE, SUITE 4100 CHICAGO, IL 60601 | Final distribution to claim 3 representing a payment of 22.25 % per court order. | 7100-000 | | $25,439.61 | $4,970.17 |
| 04/16/18 | 108 | INDEPENDENT BANK C/O WELTMAN, WEINBERG & REIS CO.,L.P.A. 180 N. LASALLE STREET, SUITE 2400 CHICAGO, IL 60601 | Final distribution to claim 4 representing a payment of 22.25 % per court order. | 7100-000 | | $4,970.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $44,776.32 | $44,776.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $44,776.32 | $44,776.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $44,776.32 | $44,776.32 |

Page Subtotals: $0.00 $31,779.41

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5645 - Checking | $44,776.32 | $44,776.32 | $0.00 |
| | $44,776.32 | $44,776.32 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $44,776.32 |
| Total Gross Receipts: | $44,776.32 |

Page Subtotals:            $0.00        $0.00